IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SOLO COMPUTERS<br>*Plaintiff,*<br><br>v.<br><br>SENTINEL INSURANCE COMPANY,<br>LIMITED<br>*Defendant* | § § § § § § § § § § | CIVIL ACTION NO. 5:17-cv-00024-FB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Solo Computers, ("Plaintiff") and Defendant Sentinel Insurance Company, Ltd. ("Defendant"), being all of the parties to the above referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

Respectfully submitted,

_____
Wes Holland
State Bar No. 24007379
William N. Allan
State Bar No.: 24012204
Allan, Nava, Glander & Holland, PLLC
13409 NW Military Highway, Suite 300
San Antonio, Texas 78231
Telephone:   210-305-4220
Facsimile:   210-305-4219
Email:       serveone@ANGlawfirm.com
**ATTORNEY FOR PLAINTIFF**

AGREED:

*/s/Brittan L. Buchanan*
Brittan L. Buchanan
State Bar No: 03285680
Laura Grabouski
State Bar No: 24031595
**BUCHANAN GRABOUSKI LLP**
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:   512.225.2800
Facsimile:    512.225.2801
Email:         lgrabouski@bg-firm.com
                    bbuchanan@bg-firm.com
**ATTORNEYS FOR THE DEFENDANT SENTINEL INSURANCE COMPANY, LIMITED**